# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02813-NYW-SKC

L.F., individually and on behalf of I.R. a minor,

Plaintiff,

vs.

ROCKY MOUNTAIN HOSPITAL and MEDICAL SERVICE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,

Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, through her undersigned counsel, hereby notifies the Court that the parties have reached a confidential settlement agreement. Plaintiff anticipates filing a motion to dismiss within sixty (60) days of the date of this Notice.

DATED this 22nd day of January 2024.

/s/ Brian S. King
Brian S. King
brian@briansking.com
**Brian S. King, P.C.**
420 E. South Temple, Ste. 420
Salt Lake City, UT 84111
T: (801) 532-1739

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent to all parties registered to receive court notices via the Court's CM/ECF System.

DATED this 22nd day of January, 2024.

                                              /s/ Brian S. King
                                              Attorney for Plaintiff